UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH GRICE,

        Petitioner,

  v.

JOHN MARSHALL,

        Respondent.
                                          /

Case Number: CV07-02490 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 5, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Grice V-30099
P.O. Box 8101
San Luis Obispo, CA 93409-8101

Dated: June 5, 2007

                                          Richard W. Wieking, Clerk
                                          By: Nichole Heuerman, Deputy Clerk