1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JOHN R. VANCE, JR., State Bar No. 51744
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5864
     Fax:  (415) 703-1234
8    Email:  John.Vance@doj.ca.gov
   Attorneys for Respondent
9

10                    IN THE UNITED STATES DISTRICT COURT

11                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13

14  **JOSEPH GRICE,**                        C 07-2490 PJH (PR)

15                           Petitioner,     **RESPONDENT'S MOTION FOR
                                             EXTENSIONS OF TIME TO FILE**
16             v.                            **RESPONSE TO DISCOVERY
                                             REQUEST AND TO FILE ANSWER**
17  **JOHN MARSHALL, Warden,**               **TO ORDER TO SHOW
                                             CAUSE–FIRST REQUEST**
18                           Respondent.

19

20          Pursuant to Civil L.R. 6.3 and Habeas L.R. 224-6, respondent JOHN MARSHALL,

21  Warden, moves for a sixty (60) day extension of time until September 5, 2007, to file his reponse

22  to petitioner's request for discovery and for 90 days to October 5, 2007, in which to file his

23  answer to the order to show cause.  Good cause for the request is stated in the accompanying

24  declaration of Deputy Attorney General John R. Vance, Jr.

25  ///

26  ///

27  ///

28  ///

Respondent's Motion for Extensions of Time                 *Joseph Grice v. John Marshall, Warden*
                                                            C 07-2490 PJH (PR)

1               WHEREFORE, respondent respectfully requests that this Court grant extensions of

2    time as requested.

3               Dated:  June 14, 2007

4                                 Respectfully submitted,

5                                 EDMUND G. BROWN JR.
                             Attorney General of the State of California

6                                 DANE R. GILLETTE
                             Chief Assistant Attorney General

7

8                                 GERALD A. ENGLER
                             Senior Assistant Attorney General

9                                 PEGGY S. RUFFRA
                             Supervising Deputy Attorney General

10

11

12                                /s/ John R. Vance, Jr.
                             _____

13                                JOHN R. VANCE, JR.
                             Deputy Attorney General
                             Attorneys for Respondent

14

15   Grice.Mot for EOT.wpd

16   SF2007401543

17

18

19

20

21

22

23

24

25

26

27

28

Respondent's Motion for Extensions of Time                     *Joseph Grice v. John Marshall, Warden*
                                                              C 07-2490 PJH (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    ***Joseph Grice v. John Marshall, Warden***          No.:  **C 07-2490 PJH (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>June 15, 2007</u>, I served the attached:

**1.  RESPONDENT'S MOTION FOR EXTENSIONS OF TIME TO FILE RESPONSE TO DISCOVERY REQUEST AND TO FILE ANSWER TO ORDER TO SHOW CAUSE–FIRST REQUEST;
2.  DECLARATION OF COUNSEL IN SUPPORT OF RESPONDENT'S MOTION FOR EXTENSIONS OF TIME TO FILE RESPONSE TO DISCOVERY REQUEST AND TO FILE ANSWER TO ORDER TO SHOW CAUSE–FIRST REQUEST; and  3.  ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

Joseph Grice
V-30099
P.O. Box 8101
San Luis Obispo, CA 93409-8101

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 15, 2007, at San Francisco, California.

/s/ J. Espinosa
_____
J. Espinosa, Declarant

Grice, Joseph.POS.wpd