IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH GRICE,** | C 07-2490 PJH (PR) |
| Petitioner, | **ORDER** |
| v. | |
| **JOHN MARSHALL, Warden,** | |
| Respondent. | |

UPON GOOD CAUSE BEING SHOWN, respondent is granted an extension of time to and including September 5, 2007 to respond to petitioner's discovery request and to October 5, 2007, to respond to the order to show cause.

Dated: _____

_____
The Honorable Phyllis J. Hamilton

Order

*Joseph Grice v. John Marshall, Warden*
Case No. C 07-2490 PJH (PR)

1

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  *Joseph Grice v. John Marshall, Warden*     No.:  **C 07-2490 PJH (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 15, 2007, I served the attached:

**1. RESPONDENT'S MOTION FOR EXTENSIONS OF TIME TO FILE RESPONSE TO DISCOVERY REQUEST AND TO FILE ANSWER TO ORDER TO SHOW CAUSE–FIRST REQUEST;
2. DECLARATION OF COUNSEL IN SUPPORT OF RESPONDENT'S MOTION FOR EXTENSIONS OF TIME TO FILE RESPONSE TO DISCOVERY REQUEST AND TO FILE ANSWER TO ORDER TO SHOW CAUSE–FIRST REQUEST; and  3.  ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

Joseph Grice
V-30099
P.O. Box 8101
San Luis Obispo, CA 93409-8101

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 15, 2007, at San Francisco, California.

/s/ J. Espinosa

_____

J. Espinosa, Declarant

Grice, Joseph.POS.wpd