UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GRICE,<br><br>          Petitioner,<br><br>  v.<br><br>JOHN MARSHALL,<br><br>          Respondent. | Case Number: CV07-02490 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 3, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Grice V-30099
P.O. Box 8101
San Luis Obispo, CA 93409-8101

Dated: July 3, 2007

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk