# EXHIBIT B

## Order Denying Review by the California Supreme Court (2/22/06)

Court of Appeal, First Appellate District, Division Five - No. A106172
S140446

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

THE PEOPLE, Plaintiff and Respondent,

v.

JOSEPH GRICE, Defendant and Appellant.

Petition for review DENIED.



SUPREME COURT
FILED

FEB 2 2 2006

Frederick K. Ohlrich Clerk

DEPUTY

Chief Justice