January 30, 2008

U.S. District Court
Northern Dist of California
450 Golden Gate Ave
San Francisco, CA 94102-3483

RE: Case Number C 07-2490 PJH (PR)

Dear Clerk of the Court:

    I have become some what confused. If I am correct the Attorney General's Office had until mid-January to respond to my discovery request and to file an answer to the court's order to show cause. As of the date of this letter I haven't received a response from the respondent. Therefore, I would like to finish prosecuting my claims., so can you please send me a docket sheet which will allow me to see if there were any other documents filed in this case.

    Furthermore, if you see where the respondent has past their court ordered deadline to respond and in the likely event the docket sheet shows that the respondent has not filed a timely response then I'd like for this letter to be construed as a motion for a default judgement against the respondents. Upon it being filed as such then I will filed an amended request with the required formatted form and motion. With this request I also oppose respondents receiving anymore time extensions.

    Thank you for your time in this matter.

Respectfully,

Joseph Grice, Petitioner.
In Pro-Per
California Men's Colony-East
P.O. Box 8101
San Luis Obispo, CA 93409-8101

cc: A.G.'s Office

RECEIVED
FEB - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 0 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA