CALIFORNIA MENS COLONY STATE PRISON
P.O. BOX 8101
SAN LUIS OBISPO, CA 93409-8101

Name: Joseph Grice
CDC#: V-30099 CELL: 7335x

**STATE PRISON**
**GENERATED MAIL**

CALIFORNIA MEN'S COLONY
STATE PRISON
SAN LUIS OBISPO CA 93409

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.41⁰
02 1M
0004247478
FEB 01 2008
MAILED FROM ZIP CODE 93401

PJH

U.S. District Court
Northern Dist of California
450 Golden Gate Ave
San Francisco, CA 94102-3483

Legal and confidential
Mail

94102+3661 C004