U. S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3418

07-2490

CALIFORNIA MENS COLONY STATE PRISON
P.O. BOX 8101
SAN LUIS OBISPO, CA 93409-8101

Name: Joseph Grice
CDC#: V-30099     Cell: 7335

**STATE PRISON GENERATED MAIL**