UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH GRICE,

        Petitioner,

v.

JOHN MARSHALL et al,

        Respondent.

Case Number: CV07-02490 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Grice V-30099  
P.O. Box 8101  
San Luis Obispo, CA 93409-8101

Dated: April 3, 2008

Richard W. Wieking, Clerk  
By: Nichole Heuerman, Deputy Clerk